IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAJSHUN MCKNIGHT,<br><br>    Plaintiff,<br><br> v.<br><br>CAMDEN COUNTY JAIL,<br><br>    Defendant. | Civil Action<br>No. 16-6245 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

 Plaintiff Majshun McKnight seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-2.

 Plaintiff did not complete the application, leaving several pages blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

 An appropriate order follows.

**October 24, 2016**          s/ Jerome B. Simandle
Date                 JEROME B. SIMANDLE
                   Chief U.S. District Judge